```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
SHANNON JENKINS,                                                     :
                                                                     :
                            Plaintiff,                               :   1:21-cv-6128-GHW
                                                                     :
              -against-                                              :   NOTICE OF INITIAL
                                                                     :   PRETRIAL CONFERENCE
CHIASMA, INC., SCOTT MINICK, JOHN F.                                 :
THERO, RONI MAMLUK, DAVID STACK, JOHN                                :
A. SCARLETT, TODD FOLEY, BARD                                        :
GEESAMAN, and RAJ KANNAN                                             :
                                                                     :
                            Defendants.                              :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than October 20, 2021.  Dkt. No. 4.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than October 25, 2021.

      Plaintiff is directed to serve a copy of this order on Defendants.

      SO ORDERED.

Dated:  October 21, 2021
New York, New York
                                                               GREGORY H. WOODS
                                                       United States District Judge